IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY


FILED
US DISTRICT COURT
WESTERN DISTRICT OF KY
12 FEB 24 PM 4: 35

| | |
|---|---|
| KERSANDRA FAULKNER, Pro-Se<br>537 S. 3rd Street<br>Louisville KY 40202<br><br>Plaintiff,<br><br>- vs -<br><br>EXPERIAN, INC.<br>P.O. Box 2002<br>Allen, Texas 75013<br><br>Defendant, | Judge:<br><br>Case No.: 3:12-CV-104-H<br><br>COMPLAINT<br><br>JURY TRIAL DEMANDED |

NOW COMES the Plaintiff and avers the following:

1) The defendant has disseminated false and erroneous information about me that has been lodged in my credit file. (Please see EXHIBITS #1, i.e. credit rpt.)

2) I have contacted the defendant credit bureau on numerous occasions alerting them to this false & erroneous information & they have persisted to disperse same.

3) I have alerted the defendant credit bureau on numerous occasions by emails and certified mail through the United States Post Office via Certified Mail Return Receipt #7011 0470 0001 9864 7742 (Exhibit #2, i.e. RR #7009 3410 0000 1043 4882) that 30 day-limit procedure concerning "time" has elapsed for the defendant's investigation, and that the defendant failed to comply with the FCRA. Yet the defendant has chosen to ignore my repeated request in dispersing the disputed item on my personal credit profile, nationwide.

4) Not providing me any contact information regarding the furnisher or the source / nor the person / nor the telephone number whom they contacted to verify the alleged debt/information at the source – 15 USC Section 611 (i) (7) and section (6) (I) (iii) / not providing me accurate contact regarding the furnisher(s) or source of the alleged derogatory item(s) as required by the FCRA

5) The credit reporting agency has disseminated this false & erroneous information about me in Kentucky State, giving this Honorable Court "jurisdiction" over same.

### CLAIM #1 PERSONAL INJURY UNDER LAW

A. Per the FACTS set forth in ¶ 1-5, the defendant has perpetrated a tort of personal injury on the plaintiff. See **Pinner v. Scmidt, 805 F. 2d 1258 (5th - Cir. 1986)**, where a court held, "... Credit reporting agency has duty of reasonable care in preparation of consumer report and duty to reinvestigate and **delete** information on report found to be inaccurate or no longer verifiable ..".

### CLAIM #2 DEFAMATION

A. Per the FACTS set forth in ¶ 1-5, the defendant has perpetrated a tort of defamation on the plaintiff. "Fair Credit Reporting Act (FCRA) only pertains to consumer credit," see **Williams v. Equifax**, E.D. Mich. 892 F. Supp. – 951, "... FCRA is intended to protect consumers from having inaccurate information circulated, in order to protect reputation of consumer." id. 951. In **Johnson v. MBNA**, (2004, CA4 Va) 357 F. 3d 426, a court held, "... bank was liable for not taking responsibility under FCRA to conduct a more thorough investigation and negligent for non-compliance of FCRA ...".

### CLAIM #3 VIOLATION OF 30 DAY RULE OF FCRA

A. Per the FACTS set forth in ¶ 1-5, the defendant perpetrated a tort of personal injury on the plaintiff. See **White v. Trans Union, LLC**, (2006, CD Cal) 462 – F. Supp. 1079 where court disagreed that burden was on consumer or credit grantor to show "accuracy," when in fact "responsibility" fell on CRA.

### CLAIM #4 UNREASONABLE PROCEDURES TO ASSURE ACCURACY OF REPORT

A. Per the FACTS set forth in ¶ 1-5, the defendant has perpetrated a tort of defamation against the plaintiff. See **Moore v. Equifax Info. Servs. LLC**, - 333 F. Supp. 2d 1360 (ND Ga. 2004); where Moore sued Equifax for not taking the responsibility to assure accuracy of report or comply with time constraints while performing "investigation" as is the case with the plaintiff pro-se today.

### CLAIM #5 JURISDICTION OF COURT

A. Per the FACTS set forth in ¶ 1-5, the defendant has unwittingly delegated "jurisdiction" to this Honorable Court by submitting false and erroneous information about plaintiff into West Virginia State. See **15 USC §1681p.** and the case **Lockhart v. Equifax, Inc.**, 163 F. 3d 1259 (1998); where a consumer brought action against this CRA under the authority of §1681p.

### RELIEF

A. Plaintiff requests injunctive relief ordering the defendant to correct his credit profile (EXHIBIT #1, i.e. credit report thru EXPERIAN).

B. All expenses and any other relief this Court deems just.

C. JURY TRIAL FOR DAMAGES.

D. Actual damages for $25,000 & punitive damages for $250,000.

Respectfully submitted,

*Kersandra Faulkner*
Kersandra Faulkner

Case 3:12-cv-00104-JGH   Document 1   Filed 02/24/12   Page 3 of 4 PageID #: 3

## CERTIFICATE OF SERVICE

    I, Kersandra Faulkner do HEREBY AFFIRM that I mailed (1) copy of the foregoing dispositive motion complaint to: EXPERIAN, INC., P.O Box 2002, Allen, TX 75013 via U.S. First Class Postage prepaid mail on 2/23/2012

*Kersandra Faulkner*
Kersandra Faulkner
537 S. 3rd Street
Louisville KY40202

Envelope scan

Faulkner
53 N. 3rd ST.
Louisville, Ky 40202



U.S. POSTAGE PAID
LOUISVILLE, KY
40203
FEB 23, 12
AMOUNT
$0.85
0054069-11

40202

FEB 23 USA
FIRST-CLASS
FOREVER

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
12 FEB 24 PM 3:50

United States District Clerk Office
601 W. Broadway
Louisville, Ky 40202

40202$2227