UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KERSANDRA FAULKNER**                                                                    **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 3:12CV-104-H**

**EXPERIAN, INC.**                                                         **DEFENDANT**

### MEMORANDUM OPINION

Plaintiff Kersandra Faulkner filed a *pro se* civil action. Upon filing the instant action, she assumed the responsibility to keep this Court advised of her current address and to actively litigate her claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On February 27, 2012, the Clerk of Court issued a deficiency notice to Plaintiff directing her to prepare and submit a summons for Defendant (DN 4). On March 7, 2012, the U.S. Postal Service returned the copy of the deficiency notice sent to Plaintiff at her address of record (DN 5). The envelope was marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward."

Because Plaintiff has not provided any forwarding address to the Court, neither notices from this Court nor filings by Defendant can be served on her. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc: Plaintiff, *pro se*
    Defendant
4412.005