# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**KERSANDRA FAULKNER**                                                       **PLAINTIFF**

**v.**                         **CIVIL ACTION NO. 3:12CV-104-H**

**EXPERIAN, INC.**                        **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

This Court **certifies** that an appeal would be frivolous and would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
         Defendant
4412.005